IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN HOWARD GREENE, aka JONESBOROUGH EXPRESS TRUST, <br><br> Plaintiff, <br><br> VS. <br><br> INTERNAL REVENUE SERVICE, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:24-CV-1302-G-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Within the 14-day objection period, the plaintiff filed a letter alleging that the court misunderstood the parties here. *See* docket entry 7. The court liberally construes the letter as an objection. The plaintiff later filed an appendix with trust documents. *See* docket entry 12.

The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 28, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 2 -